IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

EXONDIA SALADO, )
)
       Plaintiff, )
v. ) NO. CIV-14-0831-HE
)
RICKY MOHAM, *et. al.* )
)
       Respondents. )

## ORDER

Petitioner Exondia Salado, a state prisoner appearing *pro se*, filed this case under 28 U.S.C. § 2254 seeking habeas relief as to her conviction for murder in the first degree. Consistent with 28 U.S.C. § 636(b)(1)(B), the petition was referred for initial proceedings to Magistrate Judge Gary M. Purcell, who has filed a Report and Recommendation recommending that the petition be denied. Petitioner has not filed an objection to the report and has therefore waived her right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts the Report and Recommendation, a copy of which is attached to this order. The petition for writ of habeas [Doc. #1] corpus is **DENIED**.

    **IT IS SO ORDERED**.

Dated this 29th day of May, 2015.

JOE HEATON
UNITED STATES DISTRICT JUDGE